# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-3106**　　　　　　　　　　　　　　　　　　　**September Term, 2023**

**1:21-cr-00153-RBW-1**

**Filed On: October 2, 2023** [2019890]

United States of America,

　　　　Appellee

　v.

Daniel Goodwyn,

　　　　Appellant

## O R D E R

　　Upon consideration of appellee's unopposed motion for extension of time to file brief, it is

　　**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | December 4, 2023 |
| Appellant's Reply Brief | December 28, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　　Catherine J. Lavender
　　　Deputy Clerk