UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

No. 23-3106

———————————

UNITED STATES OF AMERICA,                          Appellee,

v.

DANIEL GOODWYN,                                   Appellant.

## APPELLEE'S UNOPPOSED MOTION TO FILE SUPPLEMENTAL APPENDIX

Pursuant to Federal Rule of Appellate Procedure 27(a) and District of Columbia Circuit Rule 30, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests leave to file the Supplemental Appendix for Appellee, which accompanies appellee's motion for remand.

Appellee's Supplemental Appendix contains the transcript from the first day of sentencing, June 5, 2023, cited in appellee's motion for remand. Circuit Rule 30(e) provides: "If anything material to the appeal . . . is omitted from the appendix, the clerk, on the duly served and filed written request of any party, may allow the appendix to be supplemented." Because this transcript is material to the appeal, and

was omitted from the Appendix filed by appellant, appellee requests that the Appendix be supplemented to include it.

Appellee contacted counsel for appellant, Carolyn Stewart, Esq., who indicated that she does not oppose this request.

## CONCLUSION

WHEREFORE, the government respectfully requests that the Court grant its motion for leave to file the Supplemental Appendix for Appellee.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorney

/s/
ELIZABETH H. DANELLO
Assistant United States Attorney
DC Bar # 407606

LISA TOBIN RUBIO
FL Bar # 769101
Assistant United States Attorney
601 D Street, NW, Room 6.232
Washington, D.C. 20530
Lisa.Rubio@usdoj.gov
(202) 252-6829

2

## CERTIFICATE OF COMPLIANCE WITH RULE 27(d)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 32(g) that this motion contains 189 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
ELIZABETH H. DANELLO
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, Carolyn Stewart, Esq., on this 30th day of November, 2023.

/s/
ELIZABETH H. DANELLO
Assistant United States Attorney