

Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL  33567

December 27, 2023

United States Court of Appeals, District of Columbia Circuit
Attention: Clerk's Office
333 Constitution Ave. NW
Washington, D.C. 20001

**RE**: Appellant's Non-Availability Dates for Oral Argument for Case #23-3106, Goodwyn

Dear Mr. Langer,

Pursuant to Document #2006858 for the above case and scheduling the oral argument, given the calendaring clerk's information that oral arguments are being scheduled for March and afterwards, the undersigned will not be available on the following dates:

(1) March 1 - 8, 2024
(2) March 18 - 27, 2024
(3) April 1 - 3, 2024

Thank you for your consideration of these dates.

Sincerely,

/s/ *Carolyn Stewart*
Carolyn Stewart, Attorney
Tel: (813) 659-5178
Fax: (813) 946-8066
E: Carolstewart_esq@protonmail.com

cc: Electronic service via CM/ECF delivered this 27th day of December, 2023