# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3106**                                        **September Term, 2023**

**1:21-cr-00153-RBW-1**

**Filed On: January 16, 2024** [2035730]

United States of America,

    Appellee

  v.

Daniel Goodwyn,

    Appellant

### O R D E R

Upon consideration of appellee's unopposed motion to file supplemental appendix, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged supplemental appendix.

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

                  BY:    /s/
                                Catherine J. Lavender
                                Deputy Clerk