# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3106**                                              **September Term, 2023**

                                                         **1:21-cr-00153-RBW-1**

                                          **Filed On: March 26, 2024** [2046820]

United States of America,

    Appellee

  v.

Daniel Goodwyn,

    Appellant

## M A N D A T E

In accordance with the order of February 1, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

                BY:   /s/
                        Daniel J. Reidy
                        Deputy Clerk

Link to the order filed February 1, 2024